UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JANE DOE, ALIAS,
    Plaintiff
v.                                                                                    C.A. No. 1:25-cv-00423-JJM-PAS

UNIVERISTY OF RHODE ISLAND;
UNIVERSITY OF RHODE ISLAND
BOARD OF TRUSTEES
and J.P., ALIAS
    Defendants

### PLAINTIFF'S RESPONSE TO DEFENDANT J.P's MOTION TO PROCEED UNDER A PSUEDONYM

Now come the Plaintiff, Jane Doe, Alias, and files this Response to Defendant J.P.'s Motion to Proceed Under a Pseudonym.

The District Court adjudicating a motion to proceed under a pseudonym should balance the interests asserted by the movant in favor of privacy against the public interest in transparency taking all relevant circumstances into account.  See Gen. <u>Doe v. Mass. Inst. of Tech</u>, 46 F.4 61 (1st Cir. 2022).  The party seeking pseudonymity bears the burden of rebutting the strong presumption against it.  The balance between the competing interests may change as the litigation progresses; and an order granting pseudonymity may be periodically reevaluated if and when circumstances changes.

At this point, in the infancy of the proceedings, it is urged that the Court review this matter periodically  and Plaintiff respectfully reserves her right to seek the Court's reevaluation of this issue if Defendant J.P., Alias' motion to proceed under a pseudonym is granted.

Dated: December 17, 2025

Respectfully Submitted,
Plaintiff Jane Doe, Alias By her Attorney,
*/s/ Stephen T. Fanning*
Stephen T. Fanning (#3900)
305 South Main Street
Providence, RI 02903
401-272-8250

_____

## Certification

I hereby certify that a true and correct copy of the above was filed through the Court's electronic filing system on this 17th day of December 2025, a copy served on all counsel of record through that system.

*/s/ Stephen T. Fanning*